FILED: January 8, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 18-2095
(5-140-1945R)
_____

SIERRA CLUB; VIRGINIA WILDERNESS COMMITTEE

        Petitioners

v.

UNITED STATES DEPARTMENT OF THE INTERIOR; NATIONAL PARK SERVICE, an agency of the U.S. Department of the Interior; DAN SMITH, in his official capacity as Deputy Director, Exercising the Authority of Director; BOB VOGEL, in his official capacity as Southeast Regional Director, Responsible Official

        Respondents

ATLANTIC COAST PIPELINE LLC

        Intervenor

-------------------------------

THE COALITION TO PROTECT AMERICA'S NATIONAL PARKS; THE NATIONAL PARKS CONSERVATION ASSOCIATION

        Amici Supporting Petitioner

_____

O R D E R

_____

Upon consideration of the unopposed motion for a stay of all pending deadlines in light of the lapse of appropriations, the court grants the motion and suspends briefing pending futher order of the court.

                For the Court

                /s/ Patricia S. Connor, Clerk